UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12 - 362 PSG (CWx) | Date | April 18, 2013 |
|---|---|---|---|
| Title | *Adam Darling, et al. v. William E. Green, et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| | Wendy Hernandez | Not Reported |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:**   **(In Chambers):  Order to Show Cause Why Defendants Kevin Parker, Fleetwood Motor Homes California Inc., General Equipment Company Inc., and Fresno Truck Center Should Not Be Dismissed Under Federal Rule of Civil Procedure 4(m).**

The Court's Standing Order provides:

> The Plaintiff(s) shall promptly serve the Complaint in accordance with Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rules.  Any Defendant(s) not timely served shall be dismissed from the action without prejudice.  Any "DOE" or fictitiously-named Defendant(s) who is not identified and served within 120 days after the case is filed shall be dismissed pursuant to Fed. R. Civ. P. 4(m).

*Standing Order* ¶ 1.  Here, although Plaintiffs' First Amended Complaint ("FAC") named Kevin Parker, Fleetwood Motor Homes California Inc., General Equipment Company Inc., and Fresno Truck Center as defendants, there is no indication that these parties were timely served with the FAC.  The FAC was filed on May 24, 2012.  *See* Dkt. # 23.  Pursuant to Federal Rule of Civil Procedure 4(m), the 120-day time limit for service expired on **September 21, 2012.** Accordingly, Plaintiff is hereby ordered to show cause by **May 9, 2013** why Kevin Parker, Fleetwood Motor Homes California Inc., General Equipment Company Inc., and Fresno Truck Center should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).  The Court will consider the filing of the proof of service of Summons and Complaint by Plaintiff as to Kevin Parker, Fleetwood Motor Homes California Inc., General Equipment

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12 - 362 PSG (CWx) | Date | April 18, 2013 |
|---|---|---|---|
| Title | *Adam Darling, et al. v. William E. Green, et al.* | | |

Company Inc., and Fresno Truck Center as an appropriate response to this Order to Show Cause.

**IT IS SO ORDERED.**